**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-00593/0052506334

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lee Burton Jones and Christina Rene Jones<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>vs.<br><br>Lee Burton Jones and Christina Rene Jones,<br>Debtors; Diane M. Mann, Trustee.<br><br>      Respondents. | No. 2:08-bk-18983-RTB<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 11)<br><br>RE: Real Property located at<br>3226 West Leisure Lane<br>Phoenix, AZ 85086 |

      This matter having come before the Court for a Preliminary Hearing on April 16, 2009 at 9:00 A.M., Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Marissa Fay Watson, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 30, 2005, and recorded in the office of the

Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Lee Burton Jones and Christina Rene Jones have an interest in, further described as:

Lot 50, of TRAMONTO PARCEL W-23, according to Book 582 of Maps, page 9, records of Maricopa County, Arizona.

EXCEPT 1/16th of all oil, gases, and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description and except all materials which may be essential to production of fissionable material as reserved in Arizona Revised Statutes.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT